PROB 22
(Rev. 2/88)

U.S. DISTRICT COURT FILED JUL 27 2006 W.P. S.D. OF N.Y.

**TRANSFER OF JURISDICTION**

DOCKET NUMBER (Tran. Court)
1:00CR00050-001

DOCKET NUMBER (Rec. Court)
7:06cr624

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION | |
|---|---|---|---|
| **Carlos Junior Garcia**<br>**78 Vailsgate Drive**<br>**Unit 2504**<br>**New Windsor, NY 12553** | Rhode Island | Providence | |
| | NAME OF SENTENCING JUDGE<br>Honorable Mary M. Lisi<br>U.S. District Judge | | |
| | DATES OF PROBATION / SUPERVISED RELEASE | FROM:<br>July 17, 2006 | TO:<br>July 16, 2011 |

OFFENSE

Attempt to Possess With Intent to Distribute in Excess of One Kilogram of Heroin

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **SOUTHERN DISTRICT OF NEW YORK** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

July 20, 2006
*Date*

Mary M. Lisi
*Honorable Mary M. Lisi*
*U.S. District Court Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF NEW YORK**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 27, 2006
*Date*

Charles Brieant
*United States District Judge*